# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DEREK L. BLANKS,

    Petitioner,

v.

TIMOTHY WENGLER and ROB MCKENNA, Washington State Attorney General,

    Respondent.

Case No. C08-5543 BHS/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this   20th   day of October, 2008.

                                                  /s/ Karen L. Strombom
                                                 Karen L. Strombom
                                                 United States Magistrate Judge