UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK L. BLANKS,

    Petitioner,

v.

TIMOTHY WENGLER and ROB MCKENNA, Washington Attorney General,

    Respondents.

Case No. C08-5543 BHS/KLS

ORDER DENYING MOTION FOR ADVISORY OPINION

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Petitioner has requested the Court to advise him of the exact deadline for the filing of his petition for a writ of habeas corpus. Dkt. # 1-4.

The Court does not provide legal advice. Petitioner is directed to the rules governing writs of habeas corpus. *See* Title 28 U.S.C.A. § 2241, generally, and Sections 2244(d)(1) and (2), regarding the time period for filing a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.

ORDER - 1

1 Accordingly, Petitioner's motion for an advisory opinion on the statute of limitations (Dkt. # 1-4) is **DENIED.**

DATED this  20th  day of October, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2