UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK L. BLANKS,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER and ROB MCKENNA, Washington Attorney General,<br><br>    Respondents. | Case No. C08-5543 BHS/KLS<br><br>ORDER REGARDING MOTION TO FILE BRIEF IN SUPPORT OF PETITION |

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Petitioner has filed a "motion and notice of intent to file a brief in support of habeas corpus petition at a later date." Dkt. # 7. Mr. Blanks requests the right to reserve filing his brief "until a later date" or "until the Court advises [him] of a deadline date." *Id.*, p. 2. Mr. Blanks previously requested the Court to advise him of the exact deadline for the filing of his petition for a writ of habeas corpus. Dkt. # 1-4. That motion was denied. Dkt. # 9. The Court also ordered service of the petition and ordered a briefing schedule, which includes an opportunity for Mr. Blanks to file a reply brief after the Respondents have filed their answer to his petition. Dkt. # 8.

ORDER - 1

Accordingly, Petitioner's motion to file a brief in support of his writ of habeas corpus (Dkt. # 7) is **DENIED as moot**. Petitioner is referred to the Court's Order (Dkt. #8), which sets forth the time and manner of the filing of a reply brief.

DATED this 18th day of November, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2