# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DEREK L. BLANKS,

    Petitioner,

v.

TIMOTHY WENGLER, *et al*,

    Respondent.

Case No. C08-5543 BHS/KLS

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO ANSWER PETITION

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the Court is Respondents' motion for an extension of time to file an answer to Mr. Blanks' habeas corpus petition. Dkt. # 15. Respondents seek an extension until January 12, 2009 to accommodate case deadlines and allow sufficient time to review the state court record. Mr. Blanks has filed no opposition to Respondent's request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (Dkt. # 15) is **GRANTED.** Respondents shall file an answer on or before **January 12, 2009**; and

2. The Clerk shall send copies of this Order to the Petitioner and to counsel for Respondents.

DATED this  6th  day of January, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1